

FILED

04/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0142

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0142

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

BRANDON LEE EASTERBROOKS,

    Defendant and Appellant.

FILED

APR 2 9 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for Appellant Brandon Lee Easterbrooks filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Easterbrooks time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude no arguments with potential legal merit can be raised in Easterbrooks's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Easterbrooks personally.

DATED this 29 day of April, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices